**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-5789**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ALVARO MARIO CAYCEDO,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Solomon Blatt, Jr., Senior District
Judge. (CR-94-586)

---

Submitted: May 16, 1996                    Decided: May 29, 1996

---

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Michael P. O'Connell, Assistant Federal Public Defender, Charles-
ton, South Carolina, for Appellant. J. Preston Strom, Jr., United
States Attorney, Mary Gordon Baker, Assistant United States Attor-
ney, Charleston, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Alvaro Caycedo appeals from a district court sentence for escape from a prison camp. Counsel filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Caycedo was notified of his right to file an additional brief, and he has not done so. We affirm.

Caycedo's counsel claims on appeal that the district court erred in finding that prison camps were not sufficiently similar to community centers or halfway houses such that the offense level reduction provided by United States Sentencing Commission, Sentencing Guidelines, § 2P1.1(b)(3) (Nov. 1994), should apply. We find no error in the district court's determination. See, e.g., United States v. Stalbaum, 63 F.3d 537, 540 (7th Cir. 1995). Further, in accordance with the requirements of Anders, we have reviewed the entire record and have found no non-frivolous basis for appeal. Therefore, we affirm the district court sentence.

This court requires that counsel inform his client, in writing, of his right to petition the Supreme Court of the United States for further review. If the client requests that a petition be filed but counsel believes that such a petition would be frivolous, then counsel may move in this court for leave to withdraw from representation. Counsel's motion must state that a copy thereof was served on the client. We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before the court and argument would not aid the decisional process.

AFFIRMED